IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBORAH LAVON JACKSON,

    Plaintiff,

    v.

CAROLYN W. COLVIN
Acting Commissioner of Social
Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-3437-TWT

**ORDER**

This is an action seeking judicial review of a decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending reversing the decision of the Commissioner and remanding the action under sentence four of 42 U. S. C. § 405(g). No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is REVERSED and the action is REMANDED under sentence four for further proceedings.

SO ORDERED, this 19 day of March, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge